No. 550. SIMPSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Vincent P. DiGiorgio* for petitioner.

No. 551. TEXAS *v.* CENTRAL POWER & LIGHT Co. Ct. Civ. App. Tex., 13th Sup. Jud. Dist. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *J. C. Davis* and *W. O. Shultz II,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for petitioner. *H. K. Howard* for respondent. *Arthur J. Sills,* Attorney General, *Alan B. Handler,* First Assistant Attorney General, and *Elias Abelson* and *William J. Walsh,* Deputy Attorneys General, for the State of New Jersey, as *amicus curiae,* in support of the petition.

No. 552. ZIMMER *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. *Melvin L. Wulf* and *Elwaine F. Pomeroy* for petitioner. *Robert C. Londerholm,* Attorney General of Kansas, *Richard H. Seaton,* Assistant Attorney General, and *Robert D. Hecht* for respondent.

No. 620. BROTHERHOOD OF RAILROAD TRAINMEN *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co. ET AL. C. A. D. C. Cir. Certiorari denied. *David Leo Uelman* and *Milton Kramer* for petitioner. *Francis M. Shea, Richard T. Conway, Benjamin W. Boley, James R. Wolfe, Charles I. Hopkins, Jr.,* and *James P. Reedy* for respondent Chicago, Milwaukee, St. Paul & Pacific Railroad Co., and *Acting Solicitor General Spritzer* for respondent Seward.

No. 480, Misc. EBELL *v.* McGEE, ADMINISTRATOR, ET AL. C. A. 9th Cir. Certiorari denied.